IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KLEE CHRISTOPHER ORTHEL,

    Petitioner,

v.

JAMES A. YATES,

    Respondent.
                                   /

No. C 10-03612 SI

**ORDER RE: MOTION TO DISMISS**

Respondent James A. Yates's motion to dismiss is currently scheduled for hearing on February 18, 2011. On February 14, 2011, respondent filed a Request To Reschedule or Vacate Hearing Date. Doc. 13. Additionally, the parties have agreed to hold the motion to dismiss in abeyance until counsel for petitioner receives and reviews petitioner's prison mental health records. Therefore, the Court VACATES the February 18 hearing and ORDERS further briefing on the motion to dismiss. Petitioner shall file a supplemental opposition brief **30 days after counsel receives the requested health records**.[1] Respondent shall file a supplemental reply brief, if any, **21 days later**. Respondent's motion is held in abeyance. A new hearing may be scheduled at a later date.

**IT IS SO ORDERED.**

Dated: February 15, 2011

                                                         SUSAN ILLSTON
                                                         United States District Judge

---

[1] Petitioner also suggests that the Court order respondent to provide the requested records. If petitioner has not received the record by **March 27, 2011**, petitioner may request the assistance of the Court to obtain the records.