UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KLEE C. ORTHELPetitioner,andJAMES A. YATES, WARDENRespondent. | Case No. C 10-3612 SI**[PROPOSED] ORDER,****GRANTING RESCHEDULE OF****DATE FOR ORAL ARGUMENT OF****DEFENDANT'S MOTION TO****DISMISS** |

IT IS HEREBY ORDERED that the Defendant's motion to dismiss is rescheduled for argument on Friday, September 9, 2011 at 9:00 a.m.

Please report to Courtroom #10, 19th Floor, 450 Golden Gate Ave., San Francisco, CA 94102.

Dated:  8/19/11                           _____

HONORABLE JUDGE SUSAN ILLSTON

ORDER TO RESCHEDULE
DATE OF ORAL
ARGUMENT
Case No. C 10-3612 SI