1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KLEE CHRISTOPHER ORTHEL,                    No. C 10-03612 SI

           Petitioner,                    **JUDGMENT**

   v.

JAMES A. YATES,

           Respondent.

_____/

     The petition for writ of habeas corpus has been dismissed as untimely.  Judgment is entered accordingly.

**IT IS SO ORDERED AND ADJUDGED.**

Dated:  August 17, 2012                    _____
                                                                                   SUSAN ILLSTON
                                                                                   United States District Judge