IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KLEE CHRISTOPHER ORTHEL,          No. C 10-03612 SI

    Petitioner,          **JUDGMENT**

  v.

JAMES A. YATES,

    Respondent.
                                   /

The petition for writ of habeas corpus has been dismissed as untimely. Judgment is entered accordingly.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: August 17, 2012

_____
SUSAN ILLSTON
United States District Judge