IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KLEE CHRISTOPHER ORTHEL, | No. C 10-03612 SI |
|     Petitioner, | **ORDER GRANTING CERTIFICATE OF APPEALABILITY** |
|    v. | |
| JAMES A. YATES, warden, | |
|     Respondent. | |

On August 17, 2012, the Court dismissed petitioner's habeas corpus petition as time-barred because he was ineligible for equitable tolling, and entered judgment accordingly. Petitioner filed a notice of appeal and requested a certificate of appealability. *See* 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

A certificate of appealability will issue where the petitioner has demonstrated that "jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right and that jurists of reason would find it debatable whether the district court was correct in its procedural ruling." *Slack v. McDaniel*, 529 U.S. 473, 484 (2000). When granting a certificate of appealability, the court must "indicate [for] which specific issue or issues" the petitioner has "made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2), (3).

Here the Court's dismissal was based on a finding that "[p]etitioner's medical records establish that he was a sufficiently competent and capable individual to manage his own affairs..." such that he could have filed a timely habeas petition. Dkt. 33 at 6. However, petitioner's medical records were vast and complex and there was no evidentiary hearing or expert testimony to evaluate petitioner's claims. Thus, jurists of reason would find it debatable that petitioner was not entitled to equitable tolling on the

basis of his diagnosed mental illnesses. Additionally, petitioner has raised a serious constitutional issue as to the jury instruction issued during the sanity phase of his trial.

Accordingly, the Court hereby GRANTS petitioner's application for a certificate of appealability. The clerk shall forward to the court of appeals the case file with this order. *See United States v. Asrar*, 116 F.3d 1268, 1270 (9th Cir. 1997).

**IT IS SO ORDERED.**

Dated: October 16, 2012

SUSAN ILLSTON
United States District Judge